[No. 19886-6-I. Division One. August 10, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBY CHERI BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-8-04915-2, Anthony P. Wartnik, J., entered December 12, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Winsor, J.

[No. 21760-7-I. Division One. August 10, 1988.]

THE STATE OF WASHINGTON, *on the Relation of Scott Eugene Slusser, Respondent*, v. BILL BILLET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-5-50290-7, Anne L. Ellington, J., entered June 17, 1987. *Affirmed* by unpublished per curiam opinion. Now published at 52 Wn. App. 561.

[No. 19451-8-I. Division One. August 10, 1988.]

THE CITY OF SEATTLE, *Respondent*, v. BRIAN WELLS KEELEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-02304-2, Frank H. Roberts, Jr., J., entered October 23, 1986. *Dismissed* by unpublished per curiam opinion.